**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
RICHARD B. CURTIS, SB# 124212
  Email: Richard.Curtis@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant, BMW OF NORTH AMERICA, LLC

**LAW OFFICES OF JON JACOBS**
TERRY L. BAKER, SB# 214365
  Email: terry@lemonbuyback.com
RENE J. DUPART, SB# 289956
  Email: rene@lemonbuyback.com
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: 951.526.2444
Facsimile: 916.663.6500

Attorney for Plaintiff, JOSHUA HARMON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA HARMON, an individual, | CASE NO. 2:18-cv-01551-JAM-DB |
| Plaintiff, | **STIPULATION OF PARTIES RE:** |
| vs. | **AMENDMENTS TO THE COURT'S SCHEDULING ORDER; ORDER** |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 to 20, inclusive, | |
| Defendants. | |

Plaintiff JOSHUA HARMON (hereinafter, "Plaintiff") and BMW OF NORTH OF NORTH AMERICA, LLC ("BMW NA" or "Defendant") hereby stipulate as follows:

## **RECITALS**

1. In order that the parties have sufficient time to explore a potential resolution of this action without consuming this Court's time, as well as possibly saving the parties to this lawsuit

an unnecessary expense of time and money, the undersigned counsel for Plaintiff met and conferred with Defendant's counsel. Counsel for the Parties agreed to request that the Court amend its initial Case Management and Pretrial Order for Jury Trial as stated below.

## **STIPULATION**

WHEREFORE, the Parties stipulate and request as follows:

That the Court amend its initial Case Management and Pretrial Order for Jury Trial to continue the assigned dates for this case, as closely as possible subject to the Court's calendar, as follows:

| | |
|---|---|
| MSJ filing: | 8/27/2019; |
| Hearing date for MSJ: | 9/24/2019 at 1:30 p.m. |
| Joint pretrial statement due: | 11/1/19; |
| Pretrial conference: | 11/8/19 @ 10:00 a.m. |
| Jury trial: | 1/13/20 at 9:00 a.m. |

It is so stipulated.

DATED: August 27, 2019         LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　　By: /s/ Richard B. Curtis
　　　　　　　　　　　　　　　　　　Roger S. Raphael
　　　　　　　　　　　　　　　　　　Richard B. Curtis
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, BMW OF NORTH AMERICA, LLC

DATED: August 27, 2019         LAW OFFICES OF JON JACOBS

　　　　　　　　　　　　　　　　By: /S/ Terry L. Baker
　　　　　　　　　　　　　　　　　　Terry L. Baker
　　　　　　　　　　　　　　　　　　Rene J. Dupart
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, JOSHUA HARMON

LEWIS BRISBOIS

4835-3477-9554.1                              2                    2:18-cv-01551-JAM-DB
STIPULATION OF THE PARTIES RE: AMENDMENTS TO THE COURT'S SCHEDULING ORDER; [PROPOSED] ORDER

## ORDER

Having read and considered the stipulation of the Parties set forth above and finding merit in the requested changes in the scheduling order,

THE COURT HEREBY ORDERS AND DECREES that the scheduling order be, and hereby is, AMENDED as follows:

| | |
|---|---|
| MSJ filing: | 8/27/2019; |
| Hearing date for MSJ: | 9/24/2019 at 1:30 p.m. |
| Joint pretrial statement due: | 11/1/19; |
| Pretrial conference: | 11/8/19 @ 10:00 a.m. |
| Jury trial: | 1/13/20 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: August 27, 2019

/s/ John A. Mendez  
The Honorable JOHN A. MENDEZ  
United States District Court  
Eastern District of California

LEWIS BRISBOIS