LAW OFFICES OF JON JACOBS
Terry L. Baker, Esq.
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Tel: 916.663.6400
Fax: 916.663.6500
Email: terry@lemonbuyback.com

Attorneys for Plaintiff, JOSHUA HARMON

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
RICHARD B. CURTIS, SB# 124212
  Email: Richard.Curtis@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant, BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA HARMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01551-JAM-DB<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS THE CASE** |

## **ORDER**

The Court, finds, adjudges and orders as follows:

1. Pursuant to the stipulation of the parties, the matter will be dismissed on **November 9, 2019**.

**IT IS SO ORDERED** this 26th day of November 2019.

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE